UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br>　　　　　Plaintiff,<br>　　v.<br>W. WILLIAMS, et al.,<br>　　　　　Defendants. | Case No. 19-cv-00675-DMR (PR)<br><br>**ORDER OF TRANSFER** |

　　Plaintiff, who is currently in custody at the California Health Care Facility, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff has also consented to magistrate judge jurisdiction in this action. *Id.* at 4. He has not filed a completed *in forma pauperis* application.

　　Plaintiff's claims stem from incidents involving the Redding Police Department that occurred in the City of Redding, which is in Shasta County. Thus, the acts complained of occurred in Shasta County, which lies within the venue of the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

　　If Plaintiff wishes to further pursue this action, he must complete the *in forma pauperis*

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

application required by the United States District Court for the Eastern District of California and mail it to that district.

IT IS SO ORDERED.

Dated: March 28, 2019

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANEIL WARDEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. WILLIAMS, et al.,<br><br>　　　　　Defendants. | Case No. 4:19-cv-00675-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Masa Nathaneil Warden ID: BH 1647
Cal Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Dated: March 28, 2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Ivy Lerma Garcia, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable DONNA M. RYU